79,027-03

Dear Louise Pearson,

Abel Acosta, Clerk

12-17-14

I come to you for your concern about my case 2011-950-C2. I had writ of habeas corpus 11.07 the status is dismissed as a subsequent application on 11-26-14. I had request for a commutation of sentence and pardon of innocence I request for my trial transcripts and relief from prison doing till the false information of my indictment. I request for a dismiss of my indictment, dismiss of this case base on these grounds. I was deadlocked hung jury for rapping on the voice mail. My acquittal was dismiss and I was retrial again for the same case in 2011, I was double jeopardy and my rights has been violated. I was sentence to 7 years for a rap song for what the 54th District Court McLennan County sentence me I had 2 judges one name Matt Johnson and the other name George Allen. The Attorney for the State name was Brandon Luce and Gabrielle Massey, the attorney for the defendant Terry Lashawn Austin, name was Brian Pollard and Lewis Giles. The so called victim name was Ismael Hector Torres the one that the system said that I retaliation 36.06 penal code on by just rapping. To my understand with the law somebody had to be hurt or injury you know put in harm or danger before this case can be trial for retaliation. Supreme Court statement that their are 2 standards for the "True Threats" law. 1 is whether the perpetrator means to communicate a serious intent to commit an unlawful act of violence. 2 is whether the recipient of the comments would reasonably believe they were a threat. I didn't posed no threat to the victim Ismael Hector Torres I was just having a first amendment thats all. The 54th District Court was going off by hearsay without some strong prove to this case to convicted me. I been punish badly for this case the Federal Building said that I have a lawsuit against McLennan County Court, I done 3 years maybe 40 month 1556 days over this case and I would like to suit for the damages I been locked up away from my wife and kids what they had to go through with

out an husband and a father. Because if this is what I have to do to get some justice's than count away after this years I would have 3 more years to do on a none 3(g) case. I just wanna go home to my family and be a father to my kids I have that right you know like you do.

Thank you may god bless you!

P.S. If you can granted these things
I request for god will surely bless you
thank you may god be with you. The most
I'm asking for is to be relief from prison
doing till the falsely accuse case that's
brought up on me. I am requesting for
an habeas corpus 11.07 to be granted
like the other applications.

Sincerely Yours
Terry L. Austin